[Grafton, June, 1881.]

KINSLEY v. NORRIS & a.

Subject to the plaintiff's exception, the court granted certain motions made by the defendants, and denied certain other motions

made by the plaintiff.   The exceptions were overruled on the ground that they raised no question of law.

ALLEN, J., did not sit : the others concurred.

*C. R. Morrison* and *F. D. Currier*, for the plaintiff.

*Carpenter & Carpenter, Burleigh & Adams, Bingham, Mitchell & Batchellor,* and *Bingham & Aldrich,* for the defendants.